IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ziminski, Anette | Case Number: 04 B 40623 |
|---|---|---|
| | Ziminski, Wladyslaw | Judge: Hollis, Pamela S |
| | Printed: 02/03/09 | Filed: 11/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 8, 2009
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 48,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 42,882.38 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 2,514.81 |
| Other Funds: | | 908.81 |
| Totals: | 48,500.00 | 48,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,194.00 | 2,194.00 |
| 2. | Bank One | Secured | 0.00 | 0.00 |
| 3. | Specialized Management Consultants | Unsecured | 167.68 | 167.68 |
| 4. | John F Torphy DDS | Unsecured | 1,211.84 | 1,211.84 |
| 5. | Resurgent Capital Services | Unsecured | 2,105.51 | 2,105.51 |
| 6. | Resurgent Capital Services | Unsecured | 2,427.71 | 2,427.71 |
| 7. | United States Dept Of Education | Unsecured | 1,096.22 | 1,096.22 |
| 8. | Resurgent Capital Services | Unsecured | 6,813.79 | 6,813.79 |
| 9. | Resurgent Capital Services | Unsecured | 2,707.00 | 2,707.00 |
| 10. | Resurgent Capital Services | Unsecured | 3,405.68 | 3,405.68 |
| 11. | Resurgent Capital Services | Unsecured | 1,083.25 | 1,083.25 |
| 12. | RoundUp Funding LLC | Unsecured | 117.81 | 117.81 |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | 1,054.78 | 1,054.78 |
| 14. | ECast Settlement Corp | Unsecured | 3,077.16 | 3,077.16 |
| 15. | ECast Settlement Corp | Unsecured | 2,381.58 | 2,381.58 |
| 16. | Resurgent Capital Services | Unsecured | 2,271.49 | 2,271.49 |
| 17. | ECast Settlement Corp | Unsecured | 3,619.12 | 3,619.12 |
| 18. | ECast Settlement Corp | Unsecured | 2,144.58 | 2,144.58 |
| 19. | ECast Settlement Corp | Unsecured | 2,271.44 | 2,271.44 |
| 20. | Marshall Field & Company | Unsecured | 43.95 | 43.95 |
| 21. | Bank One | Unsecured | 22.10 | 22.10 |
| 22. | Resurgent Capital Services | Unsecured | 728.07 | 728.07 |
| 23. | Citibank USA | Unsecured | 4,131.62 | 4,131.62 |
| 24. | U.S. Department Of Education | Unsecured | 4,848.85 | 0.00 |
| 25. | Mid America Federal Savings Bank | Secured | | No Claim Filed |
| 26. | CB USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ziminski, Anette | Case Number: 04 B 40623 |
|---|---|---|
| | Ziminski, Wladyslaw | Judge: Hollis, Pamela S |
| | Printed: 02/03/09 | Filed: 11/2/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Citibank | Unsecured | | No Claim Filed |
| 29. | Fusa NA | Unsecured | | No Claim Filed |
| 30. | Fleet Bank | Unsecured | | No Claim Filed |
| 31. | Chase Bankcard Services | Unsecured | | No Claim Filed |
| 32. | Home Depot | Unsecured | | No Claim Filed |
| 33. | Lord & Taylor | Unsecured | | No Claim Filed |
| 34. | MacNeal Memorial Hospital | Unsecured | | No Claim Filed |
| 35. | MacNeal Physicians | Unsecured | | No Claim Filed |
| 36. | MCCBG | Unsecured | | No Claim Filed |
| 37. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 38. | UNVL/CITI | Unsecured | | No Claim Filed |
| 39. | UNVL/CITI | Unsecured | | No Claim Filed |
| 40. | MacNeal Memorial Hospital | Unsecured | | No Claim Filed |
| 41. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 49,925.23 | $ 45,076.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 141.82 |
| 4% | 172.02 |
| 3% | 87.49 |
| 5.5% | 498.02 |
| 5% | 144.92 |
| 4.8% | 292.80 |
| 5.4% | 1,038.38 |
| 6.6% | 139.36 |
| | $ 2,514.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: